1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
7      FAX: (415) 436-6748
       annie.reding@usdoj.gov
8
   Attorneys for Defendants
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   JOSHUA PEIXOTO,                          ) CASE NO.: CV 14-0373 JST
14                                          )
         Plaintiff,                         )
15                                          )
      v.                                    ) STIPULATION AND [PROPOSED] ORDER
16                                          ) CONTINUING INITIAL CASE MANAGEMENT
   UNITED STATES POSTAL SERVICE,            ) CONFERENCE
17 NATALIA GLADILINA, an individual, DOES   )
   ONE through TWENTY inclusive,            )
18                                          )
         Defendants.                        )
19                                          )
                                            )
20                                          )
                                            )
21                                          )
   _____)
22

23      Defendants United States Postal Service and Natalia Gladilina (collectively, "Federal

24 Defendants") and Plaintiff Joshua Peixoto ("Plaintiff"), by and through their respective counsel,

25 stipulate to continue the initial case management conference, pursuant to Civil Local Rule 6-2 of the

26 Northern District of California, as follows:

27      1.   On January 24, 2014, Plaintiff filed his Complaint for Damages in this matter;

28      2.   On the same date, the Court set this matter for an initial case management conference on

   STIPULATION AND [PROPOSED] ORDER
   CASE NO. CV 14-0373 JST

1  April 29, 2014 at 10:00 a.m. before the Honorable Elizabeth D. Laporte;

2      3.    On March 10, 2014, this case was reassigned to the Honorable Jon S. Tigar and all then-
3  scheduled dates were vacated;

4      4.    On March 11, 2014, the Court set this matter for an initial case management conference
5  on May 28, 2014 at 2:00 p.m. before the Honorable Jon S. Tigar;

6      5.    On April 28, 2014, the U.S. Attorney's Office received a copy of Plaintiff's Complaint
7  by personal service;

8      6.    Pursuant to 5 U.S.C. § 552(a)(4)(C), Federal Defendants' response to the Complaint is
9  due to be filed and served on June 27, 2014;

10      7.    Because the U.S. Attorney's Office was just served with the Complaint in this action, the
11  parties jointly request that the initial case management conference be continued to July 9, 2014 at 2:00
12  p.m., which would allow Defendants an opportunity to respond to Plaintiff's Complaint prior to the
13  conference;

14      8.    No prior extensions of time have been requested or granted; and

15      9.    This change will not alter the date of any event or any deadline already fixed by Court
16  order, other than the date for the initial case management conference.

17      THEREFORE, the parties respectfully request that the Court continue the May 28, 2014 case
18  management conference until July 9, 2014, at 2:00 p.m.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 14-0373 JST

DATED: May 19, 2014        Respectfully submitted,

                                                WALSTON CROSS

                                                /s/ Orestes A. Cross
                                                ORESTES A. CROSS
                                                Attorneys for Plaintiff

DATED: May 19, 2014        Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                /s/ Ann Marie Reding[1]
                                                ANN MARIE REDING
                                                Assistant United States Attorney
                                                Attorneys for Defendant

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The initial case management conference currently set for May 28, 2014 is continued to July 9, 2014, at 2:00 p.m.

DATED: May 20, 2014

                                                Hon. Jon S. Tigar
                                                UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 14-0373 JST