United States District Court
Northern District of California

1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSHUA PEIXOTO,
                                                      Case No.  14-cv-00373-JST
             Plaintiff,
8
        v.
9                                                     **ORDER VACATING MOTION
     UNITED STATES POSTAL SERVICE, et                 HEARING**
10   al.,
                                                      Re: ECF No. 11
11           Defendants.

12

13          Before the Court is Defendants' motion to dismiss.  ECF No. 11.  Pursuant to Federal Rule

14   of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have

15   thoroughly addressed the issues, rendering the matter suitable for disposition without oral

16   argument.  The hearing on this matter, currently scheduled for August 28, 2014, is hereby

17   VACATED.

18          **IT IS SO ORDERED**.

19   Dated: August 7, 2014

20                                                    _____
                                                                   JON S. TIGAR
21                                                           United States District Judge

22

23

24

25

26

27

28